UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | |
|---|---|
| GIRISH PANDHARINATH KHATKEKAR, <br><br>　　Petitioner, <br><br>v. <br><br>KRISTI NOEM, et al., <br><br>　　Respondents. | No. 6:26-CV-018-H |

### FINAL JUDGMENT

For the reasons stated in the Court's Order, Dkt. No. 2, it is hereby ordered, adjudged, and decreed that:

The petition for a writ of habeas corpus (Dkt. No. 1) is denied.

The Clerk of Court is directed to close the case.

So ordered on January 23, 2026.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE